**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CHARLES CHRISTOPHER MCGUIRE,**

     **Plaintiff,**                                 **CASE NO.: 3:24-cv-1228-TJC-LLL**

vs.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
a foreign for-profit corporation,
**EQUIFAX INFORMATION SERVICES, LLC,**
a foreign limited liability company, and
**RTO FINANCE, LLC,**
a foreign limited liability company.

     **Defendants.**
_____/

**NOTICE OF SETTLEMENT**
**(AS TO EXPERIAN AND EQUIFAX ONLY)**

COME NOW, Plaintiff, CHARLES CHRISTOPHER MCGUIRE, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC, have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

Dated this 24th day of January, 2025.

**STORY LAW GROUP**

/s/ Max Story_____
Max Story, Esquire
Florida Bar No. 0527238
James Tyer, Esquire
Florida Bar No. 1018238
328 2nd Avenue North
Jacksonville Beach, Florida  32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
james@storylawgroup.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2025, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Max Story, Esquire
Florida Bar No. 527238