## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CHARLES CHRISTOPHER MCGUIRE,**

    **Plaintiff,**                                             CASE NO.:3:24-cv-1228-TJC-LLL

vs.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
a foreign for-profit corporation,
**EQUIFAX INFORMATION SERVICES, LLC,**
a foreign limited liability company, and
**RTO FINANCE, LLC,**
a foreign limited liability company.

    **Defendants.**
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
### [AS TO RTO FINANCE, LLC only]

Plaintiff, CHARLES CHRISTOPHER MCGUIRE, by and through undersigned counsel, hereby files this Notice of Dismissal with Prejudice and would represent to the Court that this action has been resolved against RTO FINANCE, LLC, with each party to bear their own costs and attorney's fees.

                                           Dated this 4th day of April, 2025,

                                           **STORY LAW GROUP**

                                           /s/Max Story, Esquire
                                           **Max Story, Esquire**
                                           Florida Bar No.: 527238
                                           James Tyer, Esquire
                                           Florida Bar No.: 1018238
                                           328 2nd Avenue North, Suite 100
                                           Jacksonville Beach, FL  32250

Telephone (904) 372-4109
max@storylawgroup.com
james@storylawgroup.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on April 4, 2025, via the Clerk of Court's CM/ECF system which will provide electronic notice to all counsel of record.

/s/Max Story, Esq.
Florida Bar No. 527238
