# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHARLES CHRISTOPHER
MCGUIRE,

    Plaintiff,

v.

    Case No. 3:24-cv-1228-TJC-LLL

RTO FINANCE, LLC, a foreign limited
liability company,

    Defendant.

## O R D E R

Upon review of the Notice of Dismissal with Prejudice [As to RTO Finance, LLC only] (Doc. 29), filed on April 4, 2025, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of April, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record